UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                          Criminal No. 25-mj-30353

v.

D-1 Yunqing JIAN and
D-2 Zunyong LIU,

      Defendants.
_____/

## MOTION TO UNSEAL COMPLAINT, ARREST WARRANT AND AFFIDAVIT

The United States of America, by its undersigned attorneys, respectfully requests the court to unseal the Complaint, Warrant of Arrest, and Affidavit for complaint for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                  Respectfully submitted,

                                  JEROME F. GORGON, JR.
                                  United States Attorney

                                  *s/Michael C. Martin*
                                  Michael C. Martin
                                  Assistant United States Attorney
                                  211 W. Fort Street, Suite 2001
                                  Detroit, MI   48226
                                  Michael.C.Martin@usdoj.gov

Date: June 3, 2025                    (313) 226-9670

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Criminal No.   25-mj-30353

v.

IN RE:   SEALED MATTER

        Defendant.
_____/

## ORDER TO UNSEAL COMPLAINT, ARREST WARRANT AND AFFIDAVIT

IT IS HEREBY ORDERED that the complaint, warrant for arrest, and affidavit for complaint be UNSEALED.

                                            s/Kimberly G. Altman
                                            Honorable Kimberly G. Altman
                                            United States Magistrate Judge

Dated: June 3, 2025