# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| United States of America | ) | |
| v. | ) | Case No. 25-30353 |
| Yunqing Jian | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| *Place:*  Theodore Levin U.S. Courthouse  231 West Lafayette Boulevard  Detroit, MI  48226 | *Courtroom:*    Room 104 |
| | *Date and Time:* 6/5/2025 at 1pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  June 3, 2025

s/Kimberly G. Altman
*Judicial Officer's Signature*

Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*