AO 442 (Rev. 11/11) Arrest Warrant

AUSA: Michael C. Martin  Telephone: (313) 226-9100
Special Agent: Edward Nieh  Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

D-1 Yunqing JIAN

Case No.

Case: 2:25-mj-30353
Assigned To : Unassigned
Assign. Date : 6/2/2025
Description: CMP USA V. SEALED (DJ)

**FILED JUN 0 4 2025 CLERK'S OFFICE DETROIT**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Yunqing JIAN,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371    - Conspiracy to commit offense or to defraud the United States
18 U.S.C. § 545    - Smuggling goods into the United States
18 U.S.C. § 1001   - False statements
18 U.S.C. § 1546   - Visa fraud

I hereby certify that the foregoing is a certified copy of the original on file in this office.
Clerk, U.S. District Court
Eastern District of Michigan
By: s/D. Jennings
Deputy

Date: June 2, 2025

*Issuing officer's signature*

City and state: Detroit, Michigan

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 6/2/2025, and the person was arrested on *(date)* 6/3/2025
at *(city and state)* Ann Arbor, MI.

Date: 6/3/2025

*Arresting officer's signature*

Edward Nieh - Special Agent
*Printed name and title*

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA