UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                    ) | Docket No. 25-mj-30353 |
| ) | |
| YUNQING JIAN,                           ) | |
|        Defendant.              ) | |

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

Please take notice that as of August 23, 2025, the address for undersigned counsel will be 2 Oliver Street, Suite 200, Boston, MA 02109.

 

Respectfully submitted,

*Norman Zalkind*
_____
Norman Zalkind (BBO #538880)
Zalkind Duncan & Bernstein LLP
2 Oliver Street, Suite 200
Boston, MA 02109
T: (617) 742-6020
F: (617) 742-3269
nzalkind@zalkindlaw.com

Dated: August 8, 2025

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon all parties by electronic filing on the above date.

                                                    /s/ Norman Zalkind
                                                    Norman Zalkind