UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>YUNQING JIAN, )<br>        Defendant. )<br>) | Docket No. 25-mj-30353 |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that as of August 23, 2025, the address for undersigned counsel will be 2 Oliver Street, Suite 200, Boston, MA 02109.

Respectfully submitted,

_____
David Duncan (BBO #546121)
Zalkind Duncan & Bernstein LLP
2 Oliver Street, Suite 200
Boston, MA 02109
T: (617) 742-6020
F: (617) 742-3269
dduncan@zalkindlaw.com

Dated: August 10, 2025

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon all parties by electronic filing on the above date.

                                                                               <u>/s/ David Duncan</u>
                                                                               David Duncan